UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 16-66-HRW

EARLEY ELSWORTH HAYMAN, JR.,                                PLAINTIFF,

## JUDGMENT

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY,          DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.  this action is **STRICKEN** from the active docket of the Court.

This 26th day of September, 2017.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge